**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                          :                    <u>ORDER</u>
                                                :
TERRORIST ATTACKS ON                            :        03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                              :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

This document relates to:

*All actions*

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendant Dallah Avco Trans Arabia Company's motion to dismiss

(ECF No. 9362[1]) and Defendant Kingdom of Saudi Arabia's motion to dismiss (ECF No. 9368) is

scheduled for July 10, 2024 at 9:45 a.m.

Dated:  May 30, 2024
        New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge

_____

[1] All ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket.
*See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).